IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JILL MALL,

    Plaintiff,

v.                                                                  Case No. 17-2257-JAR

BNSF RAILWAY COMPANY,

    Defendant.

### AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 26) to amend the scheduling order filed on July 27, 2017 (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **March 2, 2018.**

b. The final pretrial conference is rescheduled from February 16, 2018, to **March 23, 2018, at 10:30 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **March 14, 2018**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to

the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    c.    The deadline for filing all other potentially dispositive motions is **April 6, 2018**.

    d.    At the direction of the trial judge, the case is re-set for trial on a trial calendar that will begin on **December 4, 2018 at 9:00 a.m.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 30, 2018, at Kansas City, Kansas.

                              s/ James P. O'Hara
                              James P. O'Hara
                              U.S. Magistrate Judge